Form B 250A (2/11)cj

## United States Bankruptcy Court
### Northern ' District Of . Illinois

In re ___Sandro & Norma Gallardo___ )   Case No. ___11-28295___
          Debtor                      )
                                      )   Chapter ___13___
     ___Sandro & Norma Gallardo___    )
          Plaintiff                   )
                                      )
          v.                          )   Adv. Proc. No. ___11-01826___
     ___TCF Banking & Savings___      )
          Defendant                   )

Alias

### SUMMONS IN AN ADVERSARY PROCEEDING

To: TCF Banking & Savings, Attn: Neil W. Brown, President, 2508 S. Louise Ave, Sioux Falls, South Dakota 57106

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:   Clerk, U.S. Bankruptcy Court
                        Northern District of IL
                        219 S. Dearborn Street
                        Chicago, IL 60604

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:  Mohammed O. Badwan(ARDC#6299011)
                                           900 Jorie Blvd, Ste 150
                                           Oakbrook, IL 60523

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place.

| Address | Room |
|---|---|
| Dirksen Federal Building | 682 |
| 219 S. Dearborn | **Date and Time** |
| Chicago, IL 60604 | 12/01/2011 @ 10:30 am |

IF YOU FAIL TO RESPOND TO THIS SUMMONS YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Kenneth S. Gardner   (Clerk of the Bankruptcy Court)

Date: __OCT 21 2011__  By: _____ (Deputy Clerk)

Sandro & Norma Gallardo v TCF Banking
& Savings                                    Adv Proc No: **11-01826**

Plaintiff v Defendant

## CERTIFICATE OF SERVICE

I, _____Dinorah B. Cruz_____, certify that service of this summons and a copy of the
complaint was made upon TCF Banking & Savings by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:

☐ Personal Service: By leaving the process with the defendant or with an officer or
agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☑ Certified Mail Service on an Insured Depository Institution: By sending the process
by certified mail addressed to the following officer of the defendant at:
   TCF Banking & Savings, Attn: Neil W. Brown, President, 2508 S. Louise Ave, Sioux
   Falls, South Dakota 57106

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of
as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I
further certify that I am, and at all times during the service of process was, not less than 18 years of
age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 10/25/2011          Signature _____

Print Name: Dinorah B. Cruz

Business Address: Sulaiman Law Group LTD
900 Jorie Blvd, ste 150
Oak Brook, IL 60523